January 30, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00072-CV

ALAN SCOTT CAVER, Appellant

V.

ATTORNEY GENERAL OF TEXAS, Appellee

This cause, an appeal from an order granting a plea to the jurisdiction in favor of appellee, Office of the Attorney General of Texas, signed January 5, 2024, was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below in part with regard to appellant Alan Caver's claim under the Crime Victims Compensation Act and **REMAND** to the trial court for further proceedings for the reasons provided in the court's opinion. Caver does not contest—and acknowledges that he is waiving his right to contest—the trial court's dismissal of his remaining claims.

We further order that appellee shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

Judgment Rendered January 30, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Farris